UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JOSEPH ALVAREZ,**

    **Plaintiff,**

**v.**                                                                           Case No: 6:16-cv-252-Orl-37GJK

**DAVE & BUSTERS, INC.,**

    **Defendant.**

## ORDER OF DISMISSAL

Before the Court is the parties' Joint Stipulation for Dismissal with Prejudice (Doc. 17), filed March 23, 2016. Accordingly, it is

**ORDERED** that, pursuant to Federal Rules of Civil Procedure 41(a)(A)(ii), the Motion is **GRANTED.** This case is hereby **DISMISSED**, with each party to bear its own fees and costs. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** at Orlando, Florida this 28th day of March, 2016.

ROY B. DALTON JR.
United States District Judge

Copies:     Counsel of Record